*rung on*
*9/1 #1 88983*
*LS*

MN-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: **William & Jeanette Suckow**                    Chapter 7 Case No. **04-33864**

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Midwest Wireless<br>2000 Technology Dr<br>PO Box 4069<br>Mankato, MN  56002-4069 | 1 | $99.93 | $0.91 |

Dated:   August 27, 2009

MICHAEL S. DIETZ, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN  55903-0549
TELEPHONE (507) 288-9111

c:    United States Trustee

23